No. 72–857.  McKinnon *v.* California.  Sup. Ct. Cal.  Certiorari denied.

No. 72–1004.  Bethlehem Steel Corp. *v.* Williamson et al.; and
No. 72–1246.  United Steelworkers of America, AFL–CIO, Local Union 2601, et al. *v.* Williamson et al.  C. A. 2d Cir.  Certiorari denied.

No. 72–1013.  Hanna *v.* Florida.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 72–1028.  Field *v.* United States et al.  C. A. 2d Cir.  Certiorari denied.

No. 72–1031.  Kocher et ux. *v.* United States et al.  C. A. 2d Cir.  Certiorari denied.

No. 72–1032.  Lachmann *v.* United States.  C. A. 1st Cir.  Certiorari denied.

No. 72–1034.  Birch et ux *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 72–1037.  Diggs et al. *v.* Shultz, Secretary of the Treasury, et al.  C. A. D. C. Cir.  Certiorari denied.

No. 72–1042.  Stone *v.* United States.  C. A. 7th Cir.  Certiorari denied.

No. 72–1050.  Kommanvittselskapet Harwi (Rolf Wigand) et al. *v.* United States.  C. A. 3d Cir.  Certiorari denied.